IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Brian Morris**<br><br>**Plaintiff,**<br><br>vs.<br><br>**316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY**<br>**Defendants.** | Civil Action File No: 2:23-cv-00143-SCJ |

### NOTICE OF LEAVE OF ABSENCE

To:  All Judges, Clerks of Court, and Counsel of Record

I, Matthew Herrington, Counsel for the Plaintiff, respectfully notify all parties including judges, clerks of court, and opposing counsel, that I will be on leave pursuant to Georgia Uniform Court Rule 16 and Federal Local Rule 83.1 E(3).

1. The periods of leave during which time I will be away from the practice of law are as follows: December 15th, 2023- December 21st, 2023.

2. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

1

*s/ Matthew Herrington*

Georgia Bar No. 275411

101 Marietta Street, N.W.
Suite 2650
Atlanta, GA 30303
(404) 979-3150
matthew.herrington@dcbflegal.com

Counsel for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Brian Morris**<br><br>**Plaintiff,**<br><br>vs.<br><br>**316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY Defendants.** | Civil Action File No: 2:23-cv-00143-SCJ |

### NOTICE OF LEAVE OF ABSENCE

I hereby certify that I have this day electronically filed Notice of Leave of Absence with the Clerk of Court in the United States District Court for the Northern District of Georgia, Atlanta Division using the CM/ECF system, which will automatically send notice of such filing to all parties including judges, clerks and opposing counsel of record.

Respectfully submitted this 7th of August 2023.

*s/ Matthew Herrington*
Matthew Herrington
Georgia Bar No. 275411

3