IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**BRIAN MORRIS**                                                                                  **PLAINTIFF**

vs.                                        No. 2:23-cv-143-SCJ

**316 TOWING & ROAD SERVICE, INC.,**                         **DEFENDANTS**
**and MAKSIM LISOVSKIY**

### NOTICE OF INTENT NOT TO SEEK PHV ADMISSION

Plaintiff hereby files the following to acknowledge that Attorney Josh Sanford is not presently seeking to appear *pro hac vice* in the above matter. Plaintiff is presently represented by Attorney Matthew H. Herrington of Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC. Mr. Sanford's colleague Sean Short has since filed a *pro hac vice* motion and it has been approved by the Court. Mr. Sanford will not include his signature on any future filings in this case nor appear in front of the Court prior to seeking to appear *pro hac vice* in this matter.

Page 1 of 2
Brian Morris v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:23-cv-143-SCJ
Notice of Intent Not to Seek PHV Admission

Respectfully submitted,

**PLAINTIFF BRIAN MORRIS**

DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
Telephone: (404) 979-3150

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFF*
*Admitted Pro Hac Vice*

Matthew W. Herrington
Ga. Bar No. 275411
matthew.herrington@dcbflegal.com
*LOCAL COUNSEL FOR PLAINTIFF*

Page 2 of 2
**Brian Morris v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (N.D. Ga.) No. 2:23-cv-143-SCJ**
**Notice of Intent Not to Seek PHV Admission**