# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| BRIAN MORRIS, <br><br> Plaintiff, <br><br> v. <br><br> 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action File No: 2:23-CV-00143-SCJ <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

IT IS SO ORDERED, this _____ day of _____, 2023.

_____
HON. STEVE C. JONES
UNITED STATES DISTRICT JUDGE

**PREPARED AND FILED BY:**

/s/Jeremy R. Handschuh
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
Amanda I. Elliott, Esq.
Georgia Bar No. 137633
*Counsel for Defendants*

MITCHELL - HANDSCHUH
LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
T: (404) 262 - 9488
F: (404) 231 - 3774
E: jeremy@m-hlawgroup.com
E: amanda@m-hlawgroup.com

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*