UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRIAN MORRIS,<br><br>　　Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC. and MAKSIM LISOVSKIY,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 2:23-CV-0143-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 11], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above referenced form, except as herein modified:

<u>Discovery in this matter will conclude on **February 2, 2024**. Any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before **March 4, 2024**. If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within 30 days after this Court's ruling thereon. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.</u>

**IT IS SO ORDERED**, this 6th day of October, 2023.

　　　　　　　　　　　　　　　　s/Steve C. Jones
　　　　　　　　　　　　　　　　STEVE C. JONES
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE