# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| BRIAN MORRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A.F. No: 2:23-CV-00143-SCJ |
| | ) | |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION

COME NOW Defendants 316 Towing & Road Service, Inc. ("316 Towing") and Maksim Lisovskiy ("Max") (collectively, the "Defendants"), by and through their counsel of record and file this the Defendants' Motion to Compel Arbitration and to Stay Litigation as follows:

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1-16, or in the alternative Georgia Law, Defendants respectfully move for an Order compelling arbitration of Plaintiff Brian Morris' ("Morris") claims against the Defendants and staying litigation pending the resolution of arbitration. Morris entered into an independent contractor agreement with 316 Towing to arbitrate any disputes

concerning the terms of his Independent Contractor Agreement with 316 Towing. The FAA requires enforcement of Morris' agreement to arbitrate, as does Georgia arbitration law. Pending the outcome of such arbitration against the Defendants, both Section 3 of the FAA and Georgia law call for a stay of litigation.

This motion is based upon the accompanying Memorandum of Law and corresponding Exhibit 1 Affidavit of Elisha Kudrin and attached Exhibit A attached thereto, as well as the pleadings, records, and other papers on file in this action.

Respectfully submitted this 6th day of November 2023.

| | |
|---|---|
| MITCHELL - HANDSCHUH<br>LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>F: (404) 231 - 3774<br>E: jeremy@m-hlawgroup.com<br>E: amanda@m-hlawgroup.com | /s/Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Amanda I. Elliott, Esq.<br>Georgia Bar No. 137633<br>*Counsel for Defendants* |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*