# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| BRIAN MORRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A.F. No: 2:23-CV-00143-SCJ |
| ) | |
| 316 TOWING & ROAD SERVICE, ) | **JURY TRIAL DEMANDED** |
| INC., and MAKSIM LISOVSKIY ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 6th, 2023, I have caused to serve true and correct copies of the documents listed below:

1. DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LIGITATION;

2. DEFENDANTS' ACCOMPANYING MEMORANDUM OF LAW and corresponding EXHIBIT 1 ("AFFIDAVIT OF ELISHA KUDRIN") with its EXHIBIT A attached thereto; and

3. this CERTIFICATE OF SERVICE;

with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew W. Herrington, Esq.
DELONG, CALDWELL, BRIDGERS FITZPATRICK & BENJAMIN, LLC
Matthew.herrington@dcbflegal.com
*Local Counsel for Plaintiff*

Sean Short, Esq.
SANFORD LAW FIRM, PLLC
sean@sanfordlawfirm.com
*Lead Counsel for Plaintiff*

Respectfully submitted this 6th day of November 2023.

| | |
|---|---|
| MITCHELL - HANDSCHUH<br>LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>F: (404) 231 - 3774<br>E: jeremy@m-hlawgroup.com<br>E: amanda@m-hlawgroup.com | /s/ Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Amanda I. Elliott, Esq.<br>Georgia Bar No. 137633<br>*Counsel for Defendants* |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*