IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRIAN MORRIS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 316 TOWING & ROAD SERVICE, ) <br> INC., and MAKSIM LISOVSKIY ) <br> ) <br> Defendants. ) | C. A. F. No: 2:23-CV-00143-SCJ <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' MOTION TO STAY LITIGATION
PENDING COURT'S DECISION ON DEFENDANTS' MOTION TO
COMPEL ARBITRATION AND TO STAY LITIGATION**

COME NOW, Defendants 316 Towing & Road Service, Inc., and Maksim Lisovskiy (collectively "Defendants"), for their Motion to Stay Litigation pending the Court's Decision on Defendants' Motion to Compel Arbitration and to Stay Litigation (the "Motion to Compel Arbitration"), state:

1. On July 27, 2023, Plaintiff Brian Morris ("Plaintiff") filed his Original Complaint against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "F.L.S.A.") for the approximate one month period of service supplied to Defendant 316 in the summer of 2021.  [Doc. 1]

2. On September 5, 2023, Defendants filed their Answer and Affirmative Defenses to Plaintiff's Complaint. [Doc. 9]

3. On October 5, 2023, Plaintiff and Defendants filed their Joint Preliminary Report and Discovery Plan. [Doc. 11]

4. Per the Court's October 6, 2023 Scheduling Order, the discovery deadline for this case is February 2, 2024; the deadline for any motions for summary judgment or the proposed consolidated pretrial order is March 4, 2024; and all other time limits are set pursuant to the Joint Preliminary Report and Discovery Plan, the Federal Rules of Civil Procedure, and the Local Rules for the Northern District of Georgia. [Doc. 13]

5. On November 6, 2023, Defendants filed their Motion to Compel Arbitration, which is pending before the Court.

6. In the event that this Court grants Defendants' Motion to Compel Arbitration, both the FAA and Georgia law call for this Court to further stay this action pending the outcome of arbitration. *See* 9 U.S.C. § 3; *see also* O.C.G.A § 9-9-6(a).

7. The Defendants request that the Court stay all litigation and discovery in this matter pending resolution of Defendants' Motion to Compel Arbitration

because the Court's ruling will necessarily inform and impact whether and when this action must be further litigated.

8. In the event the Court stays litigation in this matter, following the latter of either (i) the Court's ruling on Defendants' Motion to Compel Arbitration, or (ii) conclusion of all ordered arbitration proceedings, counsel for the Defendants will confer and move the court to lift the stay and to extend the scheduling order deadlines in conformity with the issues, if any, that must be litigated further in this action.

9. The requested stay is not sought for purposes of delay and good cause exists to modify the Scheduling Order. *See* Fed. R. Civ. P. 16(b)(4). Indeed, forcing the parties to litigate this matter while the court may ultimately grant the Motion to Arbitrate clearly would be a waste of judicial resources and the resources of the parties.

WHEREFORE, the parties respectfully request that the Court enter an Order staying all discovery and litigation in this action pending resolution of the Motion, further order of this Court, or further motion by a party to lift the stay.

A Proposed Order is attached hereto for the Court's consideration. Defendants sought but were unable to obtain Plaintiff's consent prior to filing this Motion.

Respectfully submitted this 6th day of November 2023.

| | |
|---|---|
| MITCHELL - HANDSCHUH<br>LAW GROUP<br>3390 Peachtree Road, NE, Suite 520<br>Atlanta, Georgia 30326<br>T: (404) 262 - 9488<br>F: (404) 231 - 3774<br>E: jeremy@m-hlawgroup.com<br>E: amanda@m-hlawgroup.com | /s/Jeremy R. Handschuh<br>Jeremy R. Handschuh, Esq.<br>Georgia Bar No. 418099<br>Amanda I. Elliott, Esq.<br>Georgia Bar No. 137633<br>*Counsel for Defendants* |

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*