# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| BRIAN MORRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. F. No.: 2:23-CV-00143-SCJ |
| | ) | |
| 316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## **PROPOSED ORDER**

This Court, having duly considered the Motion to Stay Litigation pending the Court's Decision on Defendants' Motion to Compel Arbitration and to Stay Litigation hereby makes the following order: for good cause shown, Defendants' Motion is GRANTED. All discovery and litigation in this action are hereby stayed pending resolution of the Motion, further order of this Court, or further motion by a party to lift the stay.

**IT IS SO ORDERED**, this _____ day of _____ 2023.

_____
HON. STEVE C. JONES
UNITED STATES DISTRICT JUDGE

**PREPARED AND FILED BY:**

/s/Jeremy R. Handschuh
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
Amanda I. Elliott, Esq.
Georgia Bar No. 137633
*Counsel for Defendants*

MITCHELL - HANDSCHUH
LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
T: (404) 262 - 9488
F: (404) 231 - 3774
E: jeremy@m-hlawgroup.com
E: amanda@m-hlawgroup.com

*Counsel for Defendants certify that this document complies with N.D.Ga. L.R. 5.1B and the N.D.Ga. Standing Order No. 04-01.*