IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**BRIAN MORRIS**                                                                                       **PLAINTIFF**

vs.                                        No. 2:23-cv-143-RWS

**316 TOWING &ROAD SERVICE, INC.,**                                  **DEFENDANTS**
**and MAKSIM LISOVSKIY**

### RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION

Having reviewed Defendants' Motion to Compel Arbitration and to Stay Litigation, ECF No. 15, Plaintiff withdraws his opposition to Defendants' request to stay these proceedings pending arbitration.

Page 1 of 3
Brian Morris v. 316 Towing & Road Service, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 2:23-cv-143-RWS
Response to Defendants' Motion to Compel Arbitration and to Stay Litigation

Respectfully submitted,

**PLAINTIFF BRIAN MORRIS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ *Sean Short*
Sean Short (admitted *pro hac vice*)
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*LEAD COUNSEL FOR PLAINTIFF*
*Admitted Pro Hac Vice*

DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
Telephone: (404) 979-3150

Matthew W. Herrington
Ga. Bar No. 275411
matthew.herrington@dcbflegal.com

*LOCAL COUNSEL FOR PLAINTIFF*

Page 2 of 3
**Brian Morris v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (N.D. Ga.) No. 2:23-cv-143-RWS**
Response to Defendants' Motion to Compel Arbitration and to Stay Litigation

## CERTIFICATE OF SERVICE

    I, Sean Short, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the RESPONSE, was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Jeremy R. Handschuh, Esq.
Amanda I. Elliot, Esq.
MITCHELL – HANDSCHUH LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
Telephone: (404) 262-9488
Facsimile: (404) 231-3774
jeremy@m-hlawgroup.com
amanda@m-hlawgroup.com

                                                         */s/ Sean Short*
                                                         **Sean Short**

**Page 3 of 3**
**Brian Morris v. 316 Towing & Road Service, Inc., et al.**
**U.S.D.C. (N.D. Ga.) No. 2:23-cv-143-RWS**
**Response to Defendants' Motion to Compel Arbitration and to Stay Litigation**