# MITCHELL - HANDSCHUH LAW GROUP, LLC

ATTORNEYS AT LAW
3390 PEACHTREE ROAD • SUITE 520
ATLANTA, GA 30326

TELEPHONE: (404) 262-9488                                       JEREMY R. HANDSCHUH, ESQ.
                                                                EMAIL: jeremy@m-hlawgroup.com

December 19, 2023

Courtroom Deputy for Hon. Steve Jones
United States District Court
1942 Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, Georgia 30303-3309

     **RE:** **Leave of Absence Request by Jeremy R. Handschuh, Esq.**
            **Brian Morris v. 316 Towing & Road Service, Inc., and Maksim Lisovskiy**
            **C. A. F. No. 2:23-CV-00143-SCJ**

Dear Deputy:

    As lead counsel for the Defendant in the above-styled action, and pursuant to N.D. Ga. Civ. R. 83.1(E)(4), I respectfully request a leave of absence for the following periods:

- January 1, 2024, through January 12, 2024;
- February 19, 2024 through March 8, 2024;
- April 1, 2024 through April 8, 2024;
- April 29, 2024 through May 6, 2024; and
- July 1, 2024 through July 8, 2024.

The reason for leave is that I will be out of the state on business matters and/or away from the practice of law for a personal family vacation. As each of the leave periods are less than twenty-one (21) days, I understand that a motion is not required. I am not aware of any hearings, trials, or appearances scheduled for the above-referenced matter during the requested leave periods. Should you have any questions, please do not hesitate to contact me at (404) 262-9488 or jeremy@m-hlawgroup.com.

                                                Respectfully,

                                                /s/ Jeremy R. Handschuh
                                                Jeremy R. Handschuh, Esq.
                                                Georgia Bar No. 418099

cc: Counsel of Record (via the CM/ECF system)