IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRIAN MORRIS,<br><br>  Plaintiff,<br><br>v.<br><br>316 TOWING & ROAD SERVICE, INC., and MAKSIM LISOVSKIY.<br><br>  Defendants. | CIVIL ACTION FILE<br><br>No. 2:23-CV-0143-SCJ |

### O R D E R

This matter is before the Court on Defendants' Motion to Compel Arbitration and to Stay Litigation. Doc. No. [15]. Plaintiff has responded to the Motion and withdraws any objection to the arbitration and stay. Doc. No. [17]. Accordingly, Defendant's Motion is **GRANTED**. Plaintiff and Defendant 316 Towing & Road Service, Inc. shall arbitrate Plaintiff's claims pursuant to the arbitration agreement contained in the Independent Contractor Agreement entered into between those Parties. This action is **STAYED** until the completion of the arbitration and the filing of a Motion to Lift the Stay by one of the Parties.

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action until the Court addresses a Motion to Lift the Stay.

**IT IS SO ORDERED** this 30th day of January, 2024.

_____
HONORABLE STEVE C. JONES
United States District Judge